UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAUREN MCFALLS,
INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS
SIMILARLY SITUATED AND THE
PROPOSED RULE 23 CLASS;

      Plaintiff,

v.

NCH HEALTHCARE SYSTEM,
INC., NAPLES COMMUNITY
HOSPITAL, INC.,

      Defendants,

Case No. 2:23-CV-572-SPC-KCD

## ORDER

As ordered (Doc. 122), Plaintiff Lauren McFalls filed a new class action notice form (Doc. 123-1). Defendants have not opposed the form or challenged its contents. With no objection, and the Court independently finding no deficiencies, Plaintiff is **ORDERED** to distribute the notice (Doc. 123-1) to the proposed class as required by law. The Court will independently enter a new scheduling order.

**ENTERED** in Fort Myers, Florida on April 11, 2025.

Kyle C. Dudek
United States Magistrate Judge