UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAUREN MCFALLS, individually, and on behalf of all others similarly situated and the Proposed Rule 23 Class, and ANTHONY MARTINEZ, Opt-In Plaintiff,

    Plaintiffs,

v.   Case No.:  2:23-cv-572-SPC-KCD

NCH HEALTHCARE SYSTEM, INC. and NAPLES COMMUNITY HOSPITAL, INC.,

    Defendants.
_____/

## ORDER

Before the Court is United States Magistrate Judge Kyle C. Dudek's Report and Recommendation ("R&R") (Doc. 135). Judge Dudek recommends that the Court dismiss without prejudice Opt-In Plaintiff Anthony Martinez's claim under the Fair Labor Standards Act collective action and remove him as a plaintiff. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See*

*Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g., Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now **ORDERED:**

1. Judge Dudek's Report and Recommendation (Doc. 135) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

**2.** Opt-In Plaintiff Anthony Martinez's claim is **DISMISSED without prejudice.**

3. The Clerk is **DIRECTED** to terminate Anthony Martinez as an Opt-In Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida on June 2, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record